**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2090**

PHILLIP MIZRACH, as Successor Personal Representative of
the Estate of Abraham I. Kurland, Deceased,

              Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

              Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D. Quarles, Jr., District
Judge.  (1:11-cv-01153-WDQ)

Submitted:  September 24, 2013    Decided:  September 26, 2013

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Phillip Mizrach, Baltimore, Maryland, for Appellant.   Rod J.
Rosenstein, United States Attorney, Thomas H. Barnard, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Mizrach appeals the district court's orders denying relief in his Federal Tort Claims Act action and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Mizrach v. United States</u>, No. 1:11-cv-01153-WDQ (D. Md. Feb. 7, 2012; July 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>